OLIVE GILSEY v. VICTOR M. GILSEY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BERTHA MASCONI v. BERNARD MASCONI.— Motion granted, except in so far as the order appealed from allows alimony, which must be paid as therein provided. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARTFORD ACCIDENT AND INDEMNITY COMPANY v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Impleaded, etc.— Motion granted as stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAURICE S. REVNES v. CHARLES H. DUELLS, JR.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RIOICHIRO ARAI and Others v. QUEENBEE MANUFACTURING Co., INC.— A stay pending appeal herein will only be granted upon appellant giving proper security. Otherwise, the application must be denied. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EBLING BREWING COMPANY v. GIOVANNI SARRACINO and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES J. BOGUE ELECTRIC COMPANY v. THE ELECTRIC WELDING CO. OF AMERICA, INC.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ICE SERVICE Co., INC., v. HENRY PHIPPS ESTATE.— The bond required to be given by Mr. Justice Wasservogel amply protected the plaintiff. Motion denied, with ten dollars costs, and the stay contained in the order to show cause dated June 28, 1923, vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY M. LASKER, INC., v. HENRY C. MEYER.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of MILTON M. SILVERMAN and Another, as Executors, etc., of CLEMENTINE M. SILVERMAN, Deceased.— Report of referee confirmed. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

COMPANIA AZNCAREBA Y TABACALERA DE BARACOA v. JOSEPH H. MOORE and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JUAN CHEMELLO v. EMANUEL ENDLICH and Another.— Motion for leave to appeal granted and question certified. Motion for reargument denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of EWALD G. MENZEL, an Attorney.— Motion for reinstatement granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

## SECOND DEPARTMENT, JULY, 1923.

In the Matter of the Application of the BROOKLYN PUBLIC LIBRARY, Respondent, for a Peremptory Mandamus Order Directed to CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.